# Affidavit of Service

United States District Court for the Southern District OF New York
CASE NO.: **14 CV 4355**
Plaintiff / Petitioner: IXI Mobile (R&D) Ltd. and IXI IP, LLC,
Defendant / Respondent: SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

> Network Provided
> Time - 12:36 PM
> Date - June 20, 2014

Received by it's DONE! Courier, LLC on the 19th day of June, 2014 at 2:00pm to be served on **Samsung Telecommunications America, LLC c/o CSC Corporation Service Company, 2711 Centerville Road, 3rd Floor, Wilmington, DE 19808.**

I, **Daniel Patterson**, being duly sworn, depose and say that on **June 20, 2014** at **12:36 PM**, I served a **Summons, Complaint, Civil Cover Sheet, ECF Rules and Instructions, Individual Practice Rules of Judge Sullivan and Magistrate Judge Freeman and Corporate Disclosure Statements** on **Samsung Telecommunications America, LLC c/o CSC Corporation Service Company** by leaving the documents with **Dion Miles** who is the defendant's **Agent in Charge of CSC Corporation Service Company** and over the age of eighteen (18) at **2711 Centerville Road, 3rd Floor, Wilmington, DE 19808** which is their usual place of business.

**Recipient Description: Black, Female, 5' 7", 120 - 130 lbs, Black/Brown hair, Dark eyes, glasses, 45 - 50 years**

**Server Comments:**

I declare under oath that I am a Process Server over 18 years of age, have no interest in the above action and in good standing in the judicial circuit in which the process was served.

*[signature]*
Daniel Patterson

it's DONE! Courier
525 S. 4th Street-Suite 366
Philadelphia, PA 19147
215-925-3663

Your File/Reference Number: **30541/98471**
**Notary Section**

Subscribed and affirmed, or sworn to before me this _23rd_ day of _June_, 20_14_.
Notary Public: _[signature]_
Commission Expires: _2/21/2016_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANDREA ARCIDIACONO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 21, 2016